**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

INGRID YEARBY,

    Plaintiff,                              CASE NO. 2:13-cv-14055-KMM

       v.

H&P CAPITAL, INC.,

    Defendant.

_____/

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

NOW COMES Plaintiff, INGRID YEARBY ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and hereby applies for a default judgment against Defendant, H&P CAPITAL, INC. ("Defendant"). The Clerk of the Court has entered an order on Plaintiff's Application at [Doc. 7], leaving this Honorable Court to grant Plaintiff's Motion.

Plaintiff seeks default against Defendant in the amount of five thousand two hundred and twenty-eight dollars and fifty cents ($5,228.50), representing statutory damages in the amount of one thousand dollars ($1,000.00), 15 U.S.C. § 1692(k)(a)(2)(A), three thousand eight hundred and twenty-eight dollars and fifty cents ($3,828.50) in attorneys' fees plus four hundred dollars ($400.00) in costs, 15 U.S.C. § 1692(k)(a)(3). *See* Statement of Services attached as Exhibit 11, Declaration of Shireen Hormozdi attached as Exhibit 12, and Declaration of Douglas Baek attached as Exhibit 13

///

///

///

Date: April 19, 2013                    RESPECTFULLY SUBMITTED,


                                        By:  /s/ Shireen Hormozdi
                                                 Shireen Hormozdi
                                                 Krohn & Moss, Ltd
                                                 10474 Santa Monica Blvd., Suite 405
                                                 Los Angeles, CA 90025
                                                 Phone:  (323) 988-2400 ext. 267
                                                 Fax:    (866) 802-0021
                                                 Attorney for Plaintiff
                                                 FBN: 0882461

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2013, I electronically filed the foregoing Plaintiff's Motion for Default Judgment with the Clerk of the Court by using the CM/ECF System. Copies of said Motion, Memorandum in Support, and accompanying exhibits were mailed to Defendant at the address listed below via the USPS.

H&P Capital, Inc.
1919 Blanding Boulevard
Suite 14
Jacksonville, Florida 32210

                                        By:  /s/ Shireen Hormozdi
                                                 Shireen Hormozdi
                                                 Krohn & Moss, Ltd
                                                 10474 Santa Monica Blvd., Suite 405
                                                 Los Angeles, CA 90025
                                                 Phone:  (323) 988-2400 ext. 267
                                                 Fax:    (866) 802-0021
                                                 Attorney for Plaintiff
                                                 FBN: 0882461